

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00412-CV

**IN THE INTEREST OF S.P.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA01182
Honorable Sid L. Harle, Judge Presiding

Opinion by:     Lori I. Valenzuela, Justice

Sitting:        Rebeca C. Martinez, Chief Justice
                Lori I. Valenzuela, Justice
                H. Todd McCray, Justice

Delivered and Filed: October 29, 2025

AFFIRMED; MOTION TO WITHDRAW DENIED

Appellant I.P.M. appeals the trial court's order terminating her parental rights to her child, S.P.[1] Her court-appointed appellate counsel filed a motion to withdraw and a brief containing a professional evaluation of the record, concluding there are no arguable grounds for reversal of the termination order. The brief satisfies the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (recognizing that *Anders* procedures apply in parental termination cases). Additionally, counsel represents that he provided I.P.M. with a copy of the brief and the motion to withdraw, advised I.P.M. of her right to review

---

[1] To protect the privacy of the minor child, we use initials or pseudonyms to refer to the child and his biological mother. TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8(b)(2).

the record and file her own brief, and informed I.P.M. how to obtain a copy of the record, providing her with a form motion for access to the appellate record. We issued an order setting a deadline for I.P.M. to file a pro se brief. However, I.P.M. did not request the appellate record or file a pro se brief.

After reviewing the appellate record and appointed counsel's brief, we conclude no plausible grounds exist for reversal of the termination order. Accordingly, we affirm the trial court's termination order. We deny counsel's motion to withdraw because it does not show good cause for withdrawal. *See id.* at 27 & n.7 (holding that counsel's obligations in a parental termination case extend through exhaustion or waiver of all appeals and that withdrawal should be permitted by a court of appeals "only for good cause").

Lori I. Valenzuela, Justice